IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-03296-RBJ

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

ZTE CORPORATION,
ZTE (USA) INC., and
ZTE SOLUTIONS INC.,

    Defendants.

## ORDER GRANTING JOINT REQUEST TO STAY ALL DEADLINES THROUGH NOVEMBER 20, 2013

It is hereby ORDERED that the parties' Request to Stay All Dates Through November 20, 2013 submitted by the parties in their Joint Notice of Pending Settlement, is granted finding good cause shown in light of the pending settlement and in the interests of judicial economy and efficiency. All dates set forth in the Joint Civil Scheduling Order (Doc. 42) between and among the parties are stayed through and including November 20, 2013. Should a stipulated dismissal with prejudice of this action not be filed by the parties by November 20, 2013, any deadlines falling within the stay will be due on or before November 27, 2013.

DATED this 22nd day of October, 2013.

BY THE COURT:

_Brooke Jackson_
_____
R. Brooke Jackson
United States District Judge

2