IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 12-cv-03296-RBJ

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

ZTE CORPORATION,
ZTE (USA) INC., and
ZTE SOLUTIONS INC.,

    Defendants.

## ORDER OF DISMISSAL

The parties having stipulated to a dismissal of this case, this Court dismisses all claims and counterclaims in the above-captioned action with prejudice, orders each party to bear its own attorneys' fees and costs, and terminates this action.

DATED this 9th day of January, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge